UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       v.<br><br>ECEQUIEL REYES,<br><br>                    Defendant. | **INFORMATION**<br><br>24 Cr. 631 |

**COUNT ONE**
**(Possession of Narcotics with Intent to Distribute)**

The United States Attorney charges:

1. On or about December 21, 2023, in the Southern District of New York and elsewhere, ECEQUIEL REYES, the defendant, knowingly and intentionally possessed with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

2. The controlled substances involved in the offenses were mixtures or substances containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl), and mixtures or substances containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C).)

**FORFEITURE ALLEGATION**

3. As a result of committing the offense alleged in Count One of this Information, ECEQUIEL REYES, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense in Count

Two, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

_____
DAMIAN WILLIAMS
United States Attorney