# Law Offices of Julie Rendelman, LLC

521 FIFTH AVENUE, 17th FLOOR
NEW YORK, NEW YORK 10175

Office:  212-951-1232
Cell:  (646) 425-5562

Email: Julie@RendelmanLaw.com

_____

January 16, 2025

Honorable Philip M. Halpern
United States District Court
Southern District of New York

**RE:**  United States v. Ecequiel Reyes, 24 Cr. 631 (PMH)

> Application granted. The change of plea hearing scheduled for January 22, 2025 is adjourned to February 20, 2025 at 12:00 p.m. The Government shall file a proposed order to exclude time under the Speedy Trial Act. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 6).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
> January 17, 2025

Judge Halpern,

    This letter is submitted on behalf of defendant, Ecequiel Reyes, to respectfully request that the above captioned case, currently scheduled for plea on January 22, 2025, be adjourned to February 20, 2025 at 12:00pm. I have been newly retained on the above matter and am seeking some additional time for review.

    I have confirmed with AUSA Reyhan Watson that he has no objection to this adjournment. In addition, the defense agrees to exclude time to the new adjourn date.

    I am available if there are any questions or concerns. Thank you.

Sincerely,

/s/ Julie Rendelman
Julie Rendelman, Esq.
*Counsel for Defendant Ecequiel Reyes*