**U.S. Department of Justice**

Application granted. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 8).

SO ORDERED.

_____

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
            January 17, 2025

**BY ECF AND EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> **Re:** *United States v. Ecequiel Reyes*, 24 Cr. 631 (PMH)

Dear Judge Halpern:

In light of the adjournment of the January 22, 2025, conference in this matter (*see* ECF No. 7), the Government respectfully moves to exclude time under the Speedy Trial Act for the reasons set forth in the accompanying Proposed Order.

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney for
the Southern District of New York

By: _____
Reyhan Watson
Assistant United States Attorney
(914) 993-1965
Reyhan.Watson@usdoj.gov

cc:    Julie Rendelman, Esq. (By ECF and Email)
        Adamo Ferreira, Esq. (By ECF and Email)