# Law Offices of Julie Rendelman, LLC

521 FIFTH AVENUE
NEW YORK

Office: 212-951-1232
Cell: (646) 425-5562

_____

Honorable Philip M. Halpern
United States District Court
Southern District of New York

> Application granted. The change of plea hearing scheduled for February 20, 2025 is adjourned to March 19, 2025 at 12:00 p.m. The Government shall file a proposed order to exclude time under the Speedy Trial Act. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 11).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        February 19, 2025

**RE:** United States v. Ecequiel Reyes, 24 Cr. 631 (PMH)

Judge Halpern,

    This letter is submitted on behalf of defendant, Ecequiel Reyes, to respectfully request that the above captioned case, currently scheduled for February 20, 2025, be adjourned to March 19 at 12:00pm for the purpose of taking a plea.

    I have confirmed with AUSA Reyhan Watson that he has no objection to this adjournment. In addition, the defense agrees to exclude time to the new adjourn date.

    I am available if there are any questions or concerns. Thank you.

                        Sincerely,

                        /s/ Julie Rendelman
                        Julie Rendelman, Esq.
                    *Counsel for Defendant Ecequiel Reyes*