

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Application granted. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 13).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>          February 19, 2025

Re:   *United States v. Ecequiel Reyes*, 24 Cr. 631 (PMH)

Dear Judge Halpern:

In light of the adjournment of the February 20, 2025, conference in this matter, the Government respectfully moves to exclude time under the Speedy Trial Act for the reasons set forth in the accompanying Proposed Order.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney
for the Southern District of New York

By: _____
Reyhan Watson
Assistant United States Attorney
(914) 993-1965

cc:   Julie Rendelman, Esq. (By ECF and Email)
      Adamo Ferreira, Esq. (By ECF and Email)