UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

    - v -

ECEQUIEL REYES,

             Defendant.
------------------------------------------------------------X

**ORDER**

7:24-CR-631 (PMH)

Philip M. Halpern, United States District Judge:

On May 5, 2025, the Court accepted Defendant Ecequiel Reyes' guilty plea and adjudged him guilty of the offense charged in Count One of the Information for Possession of Narcotics with Intent to Distribute in violation of 18 U.S.C. §§ 812, 841(a)(1) and 841(b)(1)(C). The Court also granted Defendant's application to continue his bail because he had clearly shown that he was not likely to flee or pose a danger to the community and there were exceptional reasons under 18 U.S.C. § 3145(c) why Defendant should not be detained until June 27, 2025 under 18 U.S.C. § 3143(a)(2). The Court ordered Defendant to surrender to the U.S. Marshal's Service in the White Plains Courthouse by June 27, 2025 before 2:00 p.m.

The Court also modified Defendant's bail conditions to include a location monitoring program subject to stand alone monitoring enforced by GPS. All other conditions of Defendant's bail remain in full force and effect.

**SO ORDERED:**

Dated: White Plains, New York
       May 6, 2025

_____
Philip M. Halpern
United States District Judge