# Law Offices of Julie Rendelman, LLC

52 DUANE STREET 7th FLOOR
NEW YORK, NEW YORK

Office: 212-951-1232
Cell: (646) 425-5562

_____

> Application denied. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 28).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> September 8, 2025

Honorable Philip M. Halpern
United States District Court
Southern District of New York

**RE:** *United States v. Ecequiel Reyes, 7:24-cr-00631-PMH*

Dear Justice Halpern,

    This letter is submitted on behalf of defendant Ecequiel Reyes, to respectfully request that Mr. Reyes' sentencing, presently scheduled for September 25, 2025, be delayed until late October, 2025.

    On May 5, 2025, Mr. Reyes pled guilty before your Honor. The Government, through AUSA Watson, and the defense have been involved in discussions regarding issues surrounding the defendant's case and his upcoming sentencing. However, AUSA Watson, is presently beginning a two-week trial and thus, additional time is needed to resolve these issues.

    The defense has spoken to AUSA Watson who has no objection to this request.

    I do apologize to the Court for the lateness in requesting this delay. I do believe the issues being discussed are important enough that a delay is needed.

    In addition, Mr. Reyes will be turning himself into the U.S. Marshall's on September 25, 2025, as ordered previously by this Court.

    Thank you for this Court's time and consideration.

.

/s/ Julie Rendelman
Julie Rendelman, ESQ.
*Attorney for Defendant Ecequiel Reyes*
cc: Reyhan Watson, Assistant US Attorney